IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:16-CR-122-1-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| LEWIS EDMOND ANDREWS | ) | |

This matter was called for arraignment on August 22, 2017, at Raleigh, North Carolina and defendant with counsel appeared before the undersigned. The Court determined that defendant was unprepared to proceed with the arraignment. Accordingly, the arraignment in this matter is hereby CONTINUED to the Court's September , 2017 term.

The Court finds that the ends of justice served by this continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore any delay caused by this continuance shall be excluded pursuant to 18 U.S.C. 3161(h).

SO ORDERED this the 24 day of August, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE