IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

7:16-CR-122-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | [DOCKET ENTRY NUMBER 346] |
| LEWIS EDMOND ANDREWS, JR., ) | |
| ) | |
| Defendant. ) | |

Upon Motion of Defendant, it is hereby ORDERED that Docket Entry Number 346 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

This, 20 day of December, 2017.

HONORABLE TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE